UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      Civil Action
                                                      No: 05-10929-PBS

NetScout Systems, Inc.
Plaintiff

v.

Forescout Technologies, Inc.
Defendant

ORDER OF DISMISSAL

SARIS, D.J.

     For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(B).

                                                        By the Court,

                                                        /s/ Robert C. Alba
                                                        Deputy Clerk

December 29, 2005

To: All Counsel